AO 91 (Rev. 5/85) Criminal Complaint

RECEIVED & FILED IN OPEN COURT
ON 6-15-00 AT FLA.
Carlos Juenke, Clerk
United States District Court
Southern District of Florida

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

EDWARD AGBONZE

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 00-4142-BSS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __02/07/00__ _12/98 - 6/13/00_ in __Broward__ county, in the __Southern__ District of __Florida__ defendant(s) did, (Track Statutory Language of Offense) knowingly and intentionally committed access device/credit card fraud and bank fraud; [handwritten text illegible] in violation of Title __18__ United States Code, Section(s) __1029(a)(2)__ and __1344(2)__.

I further state that I am a(n) __U.S. Secret Service Special Agent__ and that this complaint is based on the following
Official Title
facts:

Please see attached affidavit.

Continued on the attached and made a part hereof: [x] Yes [ ] No

Signature of Complainant
CARLOS A. LOPEZ, SPECIAL AGENT
U.S. SECRET SERVICE

Sworn to before me, and subscribed in my presence,

June 15, 2000                         at  Fort Lauderdale, Florida
Date                                      City and State

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer         Signature of Judicial Officer

## AFFIDAVIT

I, Carlos A. Lopez, being duly sworn, depose and state:

1. I am a Special Agent with the United States Secret Service and have been so employed since June 07, 1999. I have participated in investigations involving credit card fraud, bank fraud, mail fraud, wire fraud, and money laundering, while assigned to the Miami Field Office. I was a police officer with the Miami Beach Police Department from 2/96 until 6/99. I am presently assigned to the South Florida Organized Fraud Task Force investigating credit card fraud, bank fraud, mail and wire fraud, and other fraudulent schemes involving organized groups, both in and out of the United States.

2. I have participated in the investigation of the below-described offenses. The information in this affidavit is based on personal knowledge and conversations with other law enforcement personnel, bank officials, and victims; this affidavit does not include all information known to me or to law enforcement.

3. On 2/7/00, I spoke to a fraud investigator at First Western Bank located in Cooper City, Fl. This investigator assisted the Cooper City Police Dept. and the SFOFTF in the arrest of a Nigerian National named Lukman Gbadebo Olubuade for bank fraud on 3/5/99. Lukman was found in the company of Edward U. Agbonze at the time of his arrest. A number of documents were taken from Agbonze's vehicle (1998 Lincoln Navigator, Fl Tag 384ADD) with Agbonze's verbal consent. These papers included various bank receipts and miscellaneous papers.

4. At that time, investigators were unaware of Agbonze's involvement in any type of bank fraud. Hence, he was released. Agbonze had opened an account on 9/30/98 in the name of Cleveland Reid. The address given to First Western for "Reid" was 4611 University Drive, #414, Davie, Fl. Verification of this address shows Agbonze opened up a box at a MailBoxes Etc. under

the name of Cleveland Reid (4611 University Drive, Davie). Agbonze provided MailBoxes Etc. with an apparently valid Florida Identification Card bearing the name of Cleveland Reid with Agbonze's picture. A request to the State of Florida Department of Highway Safety and Motor Vehicles verified this information as "valid," that is, issued by the State of Florida, with the ID bearing the photograph of Agbonze.

5. First Western investigators advised me that Agbonze, under the name of Reid, made deposits totaling $54,930.77. Agbonze wrote checks against the account totaling $49,851.89. A majority of the checks were for cash or aliases later linked to Agbonze through surveillance, documentary evidence, and/or mailbox drops accessed by Agbonze  Agbonze made ATM withdrawals totaling $3,223.89. Investigators advised that bank cameras were able to capture Agbonze making fraudulent deposits in seven instances. Morrill added the account is presently closed. The following seven deposits by Agbonze were captured by video:

| Amount | Drawee Bank | Maker | Payee |
| --- | --- | --- | --- |
| 1.$8718.94 | Chase Manhattan | Florence Ferrara | Cleveland Reid |
| 2.$3600.00 | Amex Centurium | Alexandra Robertazzi | Cleveland Reid |
| 3.$10.00 | Money Order | N/A | Cleveland Reid |
| 4.$13800.22 | Wells Fargo | Frank White | Cleveland Reid |
| 5.$275.04 | Nations Cashier Check | N/A | Cleveland Reid |
| 6.$8864.22 | Bank of America | Frank White | Cleveland Reid |
| 7.$998.73 | Bank of America | Herbert Douglas | Cleveland Reid |

| Endorser | Branch/Teller | Date of Deposit | Time |
|---|---|---|---|
| 1.Cleveland Reid | Chapel/Teller 3 | 1/28/99 | 11:36AM |
| 2.Cleveland Reid | Chapel/Teller 3 | 1/25/99 | 12:26PM |
| 3.Cleveland Reid | Chapel/Teller 3 | 1/8/99 | 2:44PM |
| 4.Cleveland Reid | Chapel/Teller 3 | 12/24/98 | 1:38PM |
| 5.Cleveland Reid | Chapel/Teller 3710 | 12/12/98 | 1:32PM |
| 6.Cleveland Reid | Chapel/Teller 3 | 1/19/99 | 3:01PM |
| 7.Cleveland Reid | Main/Teller 1 | 2/9/99 | 12:05PM |

Total:$36267.15(Captured on Film)

Items 1, 2, 4, 6, and 7 above are credit card account convenience checks, allegedly signed by the credit card account holders, who are the "makers" identified above. Under 18 U.S.C. §1029 (e)(1), these credit card account convenience checks with the respective credit card account numbers are "access devices." If these access devices are used within a one-year period with intent to defraud and in an unauthorized manner to obtain anything of value aggregating $1000.00 or more, a violation of 18 U.S.C.§1029(a)(2) has been committed. It should be noted that all of the banks issuing these access devices conduct business in interstate commerce, and are "financial institutions" whose deposits are insured by the Federal Deposit Insurance Corporation ("FDIC").

6. From 2/9/00 through 2/22/00, Florence Ferrara, Frank White, Herbert Douglas, and Alexandra Robertazzi, purported makers of the seven above-listed checks, were interviewed regarding checks deposited in their names at First Western Bank in Cooper City, Florida; all of these purported makers verified that they had not authorized the above-described transactions, which were fraudulent..

7. On 6/13/00, a surveillance was conducted by members of the SFOFTF on Edward Agbonze. The surveillance was originated at Agbonze's residence of record, 1171 NW 185 Ave., Pembroke Pines, Fl., 33029. Agbonze was seen driving a green Lincoln Navigator, FL Tag 384 ADD. Agbonze then proceeded to a Walmart located at 18530 Pines Blvd., Pembroke Pines, FL, 33029. Agbonze was observed by agents of this Service making a purchase of assorted clothing, using an American Express credit card in the name of Michael Sabeh (#371511984471000) totaling $45.45. Agents verified that Agbonze was furnished a receipt in that amount by a Walmart employee and saw Agbonze exit the store with a Walmart bag containing the merchandise. The following were purchased, according to a Walmart employee:

1 blue denim pair of shorts $12.98
1 starter screen t-shirt $8.94
1 S/S Catalina shirt
1 solid Core polo shirt $9.94
1 Pez candy dispenser $1.07
Tax $2.58
Total $45.45

8. Agbonze was then followed back to his vehicle. At that point, Agbonze proceeded to drive home and agents of the U.S. Secret Service saw Agbonze entering his home at 1171 NW 185 Ave., Pembroke Pines, Fl., 33029, with the Walmart bag which appeared to still contain the merchandise purchased at Walmart. Fraud Investigators from American Express advised that the account used by Agbonze has a balance of $2776.00. Michael Sabeh was contacted by an agent of the U.S. Secret Service; he verified that he had not authorized any use of an American Express account in his name.

33. Based on the above-stated facts, there is probable cause to believe that violations of Title 18, U.S. Code, Sections 1029(a)(2), (Access Device/Credit card fraud) and 1344(2) (Bank fraud) have been committed by Edward Agbonze.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Carlos A. Lopez, Special Agent
United States Secret Service

Sworn to and subscribed to before me this 15th day of June 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE