UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO __00-4142-BSS__

UNITED STATES OF AMERICA,
   Plaintiff,

Edward Agbonze
   Defendant

ORDER ON INITIAL APPEARANCE

Language __English__
Tape No __00-__
AUSA __Deb Staurt__
Agent __Secret Service__

The above-named defendant having been arrested on __6-14-00__ having appeared before the court for initial appearance on __6-15-00__ and proceedings having been held in accordance with F.R.Cr.P. 5 or 40, it is thereupon

ORDERED as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address
   Zip Code _____ Telephone
2. __Federal Public Defender__ appointed as permanent/temporary counsel of record.
   Address
   Zip Code _____ Telephone
3. The defendant shall attempt to retain counsel and shall appear before the court at _____
4. Arraignment/Preliminary/Removal/Identity hearing is set for __6-23-00__
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____

   A detention hearing, pursuant to 18 U.S.C. 3142(f), is set for: __6-21-00__ _____
6. The defendant shall be released from custody upon posting of the following type of appearance bond, pursuant to 18 U.S.C. 3142:
   __PTD Requested__

This bond shall contain the standard conditions of bond printed in the form of this Court and, in addition, the defendant must comply with the special conditions checked below:

_____ a. Surrender all passports and travel documents to the Pretrial Services Office or the Court
_____ b. Report to Pretrial Services as follows _____ times a week by phone _____ times a week in person; other _____
_____ c. Submit to random urine testing by Pretrial Services for the use of non-physician prescribed substances prohibited by law
_____ d. Maintain or actively seek full-time gainful employment
_____ e. Maintain or begin an educational program
_____ f. Avoid all contact with victims of or witnesses to the crimes charged
_____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon
_____ h. Comply with the following curfew: _____

- 1 -

_____ 1. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set    At Arrest    _____

                        On Warrant    _____

                        After Hearing    _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

___ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at  Ft. Lauderdale this  15  day of  June  , 20 00 .

                                           UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
   WHITE to Court file
   BLUE to defendant
   GREEN to Assistant U.S. Attorney
   YELLOW to Counsel
   PINK to U.S. Marshal
   GOLD to Pretrial Services

SD F M-1
Rev. 01/00