COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Edward Agbonze (J)#     CASE NO: 00-4142-BSS
AUSA: Deb Stuart  present     ATTNY: Bernarde Lopez
AGENT: Secret Service         VIOL: Bank Fraud
PROCEEDING: Initial Appearance   BOND REC: PTD

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by _____ D.C.
JUN 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

- Advised of charges
- sworn to calendar
- partially indigent

NEXT COURT APPEARANCE:   DATE:       TIME:       JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:        6-21-00     10:00am     SNOW
PRELIM/ARRAIGN. OR REMOVAL xxxxxx  6-23-00  11:00am  Snow
STATUS CONF / report of atty       7-3-00   11:00am  BSS
DATE: 6-15-00            TIME: 11:00am  TAPE #00-051  PG # 4

312-600
recalled 00-051
1200-1200