# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER: CR |
| Plaintiff ) | JUN 1 9 2000 |
| ) | |
| -vs- ) | REPORT COMMENCING CRIMINAL |
| Edward Agbonze ) | ACTION |
| Defendant | 55335-004 |

TO  CLERK'S OFFICE    MIAMI    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 6/14/00    2 35    a.m/(p.m.)

(2) LANGUAGE(S) SPOKEN: English / BENIN (NIGERIAN dialect)

(3) OFFENSE(S) CHARGED: 18 USC 1344 bank fraud / 18 USC 1028 identity theft

(4) UNITED STATES CITIZEN:    (✓)YES    ( )NO    ( )UNKNOWN

(5) DATE OF BIRTH: 6/6/58

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[ ] INDICTMENT    [✓] COMPLAINT    CASE #_____
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: Southern District of FL
COPY OF WARRANT LEFT WITH BOOKING OFFICER? [ ]YES [ ]NO

AMOUNT OF BOND:$_____ WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: _____    (9) ARRESTING OFFICER SA C Lopez

(10) AGENCY USSS    (11) PHONE # 954 9250117

(12) COMMENTS _____