DJS:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00 - 6174**

18 U.S.C. 1029(a)(2),
18 U.S.C. 1344    **CR - ZLOCH**
18 U.S.C. 2

UNITED STATES OF AMERICA,    :    **MAGISTRATE JUDGE**
                                        **SELTZER**

        PLAINTIFF,    :

v.    :

EDWARD AGBONZE,    :
  a/k/a Cleveland Reid,
  a/k/a Frank White,    :
  a/k/a Alexandra Robertazzi,
  a/k/a Herbert Douglas, and
  a/k/a Florence Ferrera,

        DEFENDANT.    :

_____

## INDICTMENT

The Grand Jury charges that:

### COUNTS 1-5

### BACKGROUND

1.    At all times relevant to this Indictment, the following institutions were financial

institutions with accounts insured by the Federal Deposit Insurance Corporation:

1



Chase Manhattan Bank;

American Express Centurion Bank;

Wells Fargo Bank; and

Bank of America.

2.    On or about the dates set forth below, at Broward County, in the Southern District

of Florida, the defendant,

EDWARD AGBONZE,
a/k/a Cleveland Reid,
a/k/a Frank White,
a/k/a Alexandra Robertazzi,
a/k/a Herbert Douglas, and
a/k/a Florence Ferrera,

knowingly and willfully devised and executed and attempted to execute a scheme and artifice to

defraud federally insured financial institutions and to obtain moneys, funds and assets owned by

and under the custody and control of federally insured financial institutions by means of false and

fraudulent pretenses, representations, and promises, in that said EDWARD AGBONZE did

establish his own account in the name of "CLEVELAND REID" at First Western Bank in

Broward County and thereafter deposited and caused to be deposited to said First Western Bank

account a fraudulently obtained check from each bank specified below, payable to

"CLEVELAND REID," and thereafter caused the withdrawal of funds before First Western Bank

had received notice that the deposited checks were fraudulently obtained which caused a loss to

the financial institutions specified below, which had to provide funds to First Western Bank:

2

| COUNT | DATE | EXECUTION OF SCHEME | FINANCIAL INSTITUTION |
|-------|------|---------------------|----------------------|
| 1 | 12/24/98 | Deposit of check in the approximate amount of $13,800.22, drawn on Account No. 1017 4071 9925 68001 in the name of Frank White | Wells Fargo Bank |
| 2 | 01/19/99 | Deposit of check in the approximate amount of $8,864.22 drawn on Account No. 4042 1180 0397 0375 in the name of Frank White | Bank of America |
| 3 | 01/25/99 | Deposit of check in the approximate amount of $3,600.00 drawn on Account No. 3737 3824 6221 000 in the name of Alexandra Robertazzi | American Express Centurion Bank |
| 4 | 01/28/99 | Deposit of check in the approximate amount of $8,718.94 drawn on Account No. 5680 3025 7816 5009 in the name of Florence Ferrera | Chase Manhattan Bank |
| 5 | 02/09/99 | Deposit of check in the approximate amount of $998.73 drawn on Account No. 4024 0060 0045 7060 in the name of Herbert Douglas | Bank of America |

All in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT 6

On or about February 18, 2000, through on or about June 13, 2000, in Broward County,

in the Southern District of Florida, the defendant,

EDWARD AGBONZE,
a/k/a "Michael A. Sabeh,"

3

did knowingly, willfully, and with intent to defraud, use an unauthorized access device, that is, an

unauthorized credit card account, specifically American Express account number 3715 1198 4471

000 in the name of Michael A. Sabeh, in the approximate aggregate amount of $2,776.00 during a

one-year period, and by such conduct obtained a thing of value, that is, moneys, funds and credits

valued at more than $1,000, said offense affecting interstate commerce, all in violation of Title 18,

United States Code, Sections 1029(a)(2) and 2.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

DEBRA J. STUART
ASSISTANT U.S. ATTORNEY

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: Edward Agbonze                No. _____

Counts # 1-5:              Bank Fraud; in violation of Title 18 USC 1344

*Max Penalty:       30 years' imprisonment; one million dollar fine

Count #6:           Unauthorized Use of Credit Card; in violation of Title 18 USC 1029(a)(2)

*Max Penalty:    10 years' imprisonment; $250,000 fine

Count #:

*Max Penalty:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**　　　　**CASE NO.** _____

v.

EDWARD AGBONZE

_____　　**CERTIFICATE OF TRIAL ATTORNEY\***
　　　　　　　　　　　　　　　**Superseding Case Information**:

**Court Division**: (Select One)　　　New Defendant(s)　　　Yes ____ No ____
　　　　　　　　　　　　　　　Number of New Defendants ____
____ Miami　____Key West　　　Total number of counts ____
X___ FTL　____ WPB ____FTP

I do hereby certify that:

1.　I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.　I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.　Interpreter:　　(Yes or No) __NO_____
　　List language and/or dialect _____

4.　This case will take __3__ days for the parties to try.

5.　Please check appropriate category and type of offense listed below:
　　(Check only one)　　　　　　　　　(Check only one)

|   | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | __X__ | Petty | ____ |
| II | 6 to 10 days | ____ | Minor | ____ |
| III | 11 to 20 days | ____ | Misdem. | ____ |
| IV | 21 to 60 days | ____ | Felony | __X__ |
| V | 61 days and over | ____ | | |

6.　Has this case been previously filed in this District Court? (Yes or No) __NO__
If yes:
Judge: _____　Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter?　　(Yes or No) __YES____
If yes:
Magistrate Case No.　__00-4142-BSS_____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of __6/14/00_____
Defendant(s) in state custody as of _____
Rule 20 from the _____　District of _____

Is this a potential death penalty case? (Yes or No) _NO_____
7.　Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _ Yes_X_ No　If yes, was it pending in the Central Region? _ Yes_ No

　　　　　　　　　　　　_Debra J. Stuart_
　　　　　　　　　　　　**DEBRA J. STUART**
　　　　　　　　　　　　**ASSISTANT UNITED STATES ATTORNEY**
　　　　　　　　　　　　**COURT NO. A5500061**

\*Penalty Sheet(s) attached　　　　　　　　　　　　　　　　REV.4/7/99