COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: EDWARD AGBONZE (J)          CASE NO: 00-4142-BSS   00-6174-CR-WJZ
AUSA: DEB STUART  - pre           ATTY: FPD  Sem Smargo
AGENT: SS                         VIOL:

PROCEEDING PTD HEARING            RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no        COUNSEL APPOINTED
_____ BOND SET @
_____ SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS ____ x's a wk/month by phone; ____ x's a wk/month in person
3) Travel extended to:

Gov't proceeded by proffer

Secret Service
S/A Carlos Lopez - sworn for Crown
PTD Ordered — danger to Community
Exh 1-5 entered into evid.                and risk of flight

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:     Reading of Indictment Waived
                                             Not Guilty plea entered
                         REMOVAL HRG:        Jury trial demanded
                                             Standing Discovery Order requested
                         STATUS CONF:  July 7   /  /   BSS

Date: 6/22/00   Time 11:00   FTL/LSS TAPE #00- 032   Begin: 70₺   End:

15
9