UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6174-CR-ZLOCH

UNITED STATES OF AMERICA

vs

EDWARD AGBONZE

ARRAIGNMENT INFORMATION SHEET



The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 22, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

| | |
|---|---|
| DEFENDANT: | Address: __CUSTODY_____ |
| | _____ |
| | Telephone:_____ |
| DEFENSE COUNSEL: | Name:____FEDERAL PUBLIC DEFENDERZ_____ |
| | Address:_____ |
| | _____ |
| | Telephone:_____ |
| BOND SET/CONTINUED: | $_____ |

Bond hearing held:   yes_____   no____   Bond hearing set for_____

Dated this__22ND__day of __JUNE_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By:_____
    Deputy Clerk

Tape No.___/00-_____

cc: Copy for Judge
    U. S. Attorney

