| | | | |
|---|---|---|---|
| DEFT: | Edward Agbonze (no deft needed) | CASE NO: | 00-6174-CR-Zloch |
| AUSA: | Deb Stuart /Jeff Kay | ATTNY: | FPD Tim Day for Smargon |
| AGENT: | | VIOL: | |
| PROCEEDING: | Status Conference | BOND REC: | |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
(2) _____ Halfway House
    _____ Electronic Monitoring

*Don't ready
Discovery out
4 days to try
No pending motions
plea possible*

FILED JUL 7 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTO/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL Status reset | 7-10-00 | 11:00am | BSS ✓ |
| STATUS CONFERENCE X RE PARTIAL INDIGENCE | 7-13-00 | 11:00am | Snow |
| DATE: 7-7-00 | TIME: 11:00am end @ Noon | TAPE # 00-054 | PG # B499-2656 2610 |

JH
14