UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6174-CR-ZLOCH

UNITED STATES OF AMERICA,

VS.

EDWARD AGBONZE

    Defendant.

_____/

## STATUS REPORT

A status conference was held in this cause on July 10, 2000. At that conference, the parties informed the Court as follows:

1.     The Government indicated that it has today complied with its obligations under the Standing Discovery Order. The Government is ready to proceed and anticipates that this matter will require four days to try. No motions are currently pending.

2.     Defense counsel informed the Court that he has not yet received the Government's discovery response. He anticipates receiving it later today.

DATED at Fort Lauderdale, Florida this _____ day of July, 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable William J. Zloch
United States District Judge

United States Attorney's Office

Federal Public Defender
Attorney for Defendant