COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Edward Agbonze (no deft needed) CASE NO: 00-6174-CR-Zloch
AUSA: Deb Stuart Hanigan    ATTNY: FPD Beruhe for Smargon
AGENT: _____    VIOL: _____
PROCEEDING: Status Conference    BOND REC: _____

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED BY ___ D.C.
JUL 1 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery out today
no motions pending
4 days to try
no tapes
Gov't ready

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL: _____
PTO/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____  ✓
STATUS CONFERENCE re partial indigence  7-13-00   11:00am   BSS
DATE: 7-10-00   TIME: 11:00am   TAPE # 00-055   PG # 1
ends 11:40am - 886-914

16