DJS:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     )   CASE NO. 00-6174-Cr-ZLOCH
                             )   Magistrate Judge Seltzer
v.                           )
                             )
EDWARD AGBONZE               )
                             )
        Defendant.           )
_____)

**GOVERNMENT'S RESPONSE TO**
**THE STANDING DISCOVERY ORDER**

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A.  1.  The government is unaware of any written or recorded statements made by the defendant, except those attached to this response and incorporated herein by response, and those in the possession of the United States Secret Service, which may be inspected by appointment with U.S. Secret Service Special Agent Carlos Lopez (telephone number (954) 925-0717).

    2.  The following is the substance of an oral statement made by the defendant after arrest after being advised of his rights by a person then known to the defendant to be a government agent, and which the government may use at trial: The defendant admitted his name was Edward Agbonze with a home address of 1171 N.W. 185 Avenue, Pembroke Pines, Florida 33029, and said he had lived in this area a number of years. He stated that Murphy and Fred Agbonze were not his brothers but were cousins, second or third generation. He stated he was a commodities



    broker on Ameritrade.

3. The defendant did not testify before the Grand Jury.

4. The NCIC record of the defendant, if any exists, will be made available upon receipt by this office.

5. Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant, may be inspected at a mutually convenient time at the Office of the United States Secret Service, 3800 N. 29th Avenue, Hollywood, Fl 33021. Please call Special Agent Carlos Lopez at (954) 925-0717 to set up a date and time that is convenient to both parties.

    The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

6. There were no physical or mental examinations or scientific tests or experiments made in connection with this case, except as attached to this response.

B. DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C. The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and <u>United States v. Agurs</u>, 427 U.S. 97 (1976).

D. The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of <u>Giglio v. United States</u>, 405 U.S. 150 (1972), or <u>Napue v. Illinois</u>, 360 U.S. 264 (1959).

    E.    The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

    F.    There were no lineup, show up, photo spread or similar identification proceedings in this case.

    G.    The government has advised its agents and officers involved in this case to preserve all rough notes.

    H.    The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

           In addition, the government may introduce under Rule 404(b) evidence underlying the defendant's past criminal activity that has resulted in arrests and/or convictions and which is summarized in the attached court documents or others which may be provided at a later date.

    I.    N/A

    J.    The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

    K.    No contraband is involved in this indictment, except fraudulently obtained identification and access device cards and numbers, which may be examined by appointment with special Agent Carlos Lopez, who may be contacted at (954) 925-0717.

    L.    The United Stats Secret Service is in possession of the Lincoln Navigator vehicle used in the commission of this offense; it may be inspected by appointment with Special Agent Carlos Lopez.

    M.    The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant(s).

```
N.     N/A
O.     N/A
P.     N/A
```

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense was:

```
Time:   At all times on the dates indicated
Date:   12/24/98 thru on or about 2/99, as to
    counts 1-5; from on or about 2/18/00 through on
    or about 6/13/00 as to count 6
Place:  Broward County, Southern District of
Florida
```

The attachments to this response are numbered pages 1-125. Please contact the undersigned Assistant United States Attorney if any pages are missing.

          Respectfully submitted,

          GUY A. LEWIS
          UNITED STATES ATTORNEY

By:    _____
     DEBRA J. STUART
     Assistant United States Attorney
     Court No. 5500061
     500 E. Broward Blvd., 7th Flr
     Ft. Lauderdale, Fl 33394
     Tel: (954) 356-7255, ext.3597
     Fax: (954) 356-7336

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand delivered on this 10th day of July, 2000 to: Sam Smargon, AFPD, 101 N.E. 3rd Avenue, Ft. Lauderdale, Fl 33301.

          _____
          DEBRA J. STUART
          Assistant United States Attorney

5