| | |
|---|---|
| DEFT: Edward Agbonze (J)# | CASE NO: 00-6174-CR-Zloch |
| AUSA: Deb Stuart /Finegan/ | ATTNY: FPD /Sam Smargon/ |
| AGENT: | VIOL: |
| PROCEEDING: Status re partial indigence | BOND REC: |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: |

FILED by _____ D.C.
JUL 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or _____ X's a week/month by phone; _____ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) _____ Halfway House _____
    _____ Electronic Monitoring _____

Ct. asks Sam to listen to original tape of I/A — Atty has 2 weeks to do so — the Atty to file a motion to vacate.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: re partial
STATUS CONFERENCE: not set

DATE: 7-13-00   TIME: 11:00am   TAPE # 00-05%   PG # 3

100⁴ 160