UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6174-CR-ZLOCH

MAGISTRATE JUDGE SELTZER

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

EDWARD AGBONZE, :

    Defendant. :
_____/

## UNOPPOSED MOTION TO VACATE ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT OF COUNSEL

Edward Agbonze ("Agbonze"), by counsel, hereby files this Unopposed Motion to Vacate Order on Partial Indigency for the following reasons:

1. On June 15, 2000, Agbonze had his initial appearance before Magistrate Judge Seltzer. At that time, Judge Seltzer ordered that Agbonze pay $1,000 to the registry of the court for the appointment of the Federal Defender to represent him.

2. On July 13, 2000, Agbonze requested that the payment be vacated in that his assets were not what he thought they were at the time of the initial appearance. His wife and three children need what little money is available to them. Judge Seltzer ordered undersigned to listen to the tape of the initial appearance to determine what Agbonze thought his assets were.

3. At the initial appearance, Agbonze stated his assets were:



        A.        The family home in Pembroke Pines, purchased in 1995 for $220,000. $80,000 was the down payment. The mortgage payment is approximately $1290 per month.

        B.        He earned approximately $17,000 during 1999, and was earning a similar amount for 2000, as a self employed trader of stocks and commodities.

        C.        His wife earns $7.50 per hour as an employee of Mobil Oil.

        D.        Agbonze had one bank account worth "about $2,000."

        E.        Agbonze had a trade account of a "fair market value of $7,000."

        F.        Agbonze owned a Lincoln Navigator, making payments of $375 per month.

4.        Agbonze, in fact, had only $1,400 in his bank account and $1,500 in his Ameritrade account.

5.        Assistant United States Attorney Debra Stuart is aware of this Motion and, based upon the information currently known, is not opposed to the Court granting the requested relief.

WHEREFORE, Edward Agbonze hereby Moves this Court to Vacate the Order on Partial Indigency so that his family can have the benefit of the little money he has.

        Respectfully submitted,

        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

        By: _____
        Samuel J. Smargon
        Assistant Federal Public Defender
        Florida Bar No. 150230
        101 N.E. 3rd Avenue, Suite 202
        Fort Lauderdale, Florida 33301
        (954) 356-7436
        (954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 28 day of July, 2000 to Debra Stuart, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

Samuel J. Smargon

S:\SMARGON\Agbonze\Vacate.01