UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6174-CR-ZLOCH

MAGISTRATE JUDGE SELTZER



FILED by ___ D.C.
JUL 2 8 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

EDWARD AGBONZE, :

    Defendant. :
_____/

### ORDER GRANTING
### UNOPPOSED MOTION TO VACATE ORDER ON PARTIAL
### INDIGENCY FOR APPOINTMENT OF COUNSEL

THIS CAUSE having come before the Court on Defendant's Unopposed Motion to Vacate

Order on Partial Indigency for Appointment of Counsel and the Court having been fully advised, it

is hereby

ORDERED AND ADJUDGED that the defendant's unopposed motion to vacate Order on

Partial Indigency for Appointment of Counsel is hereby GRANTED.

DONE AND ORDERED at Fort Lauderdale, Florida, this 28th day of July, 2000.

                                                                                     _____
                                                                                     BARRY S. SELTZER
                                                                                     UNITED STATES MAGISTRATE JUDGE

cc:     Samuel J. Smargon, AFPD
        Debra Stuart, AUSA