UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED
AUG 4 2000

CASE NUMBER 00-6174-CR-ZLOCH   DATE 8-4-00
CLERK Carlene Newby   REPORTER Anita LaRocca
PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Edward Agbonze

U. S. ATTORNEY Debra Stuart   DEFT COUNSEL Samuel Smargon

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Change of Plea to Counts 1-6 —

RESULT OF HEARING Deft entered plea of guilty to Counts 1-6

JUDGMENT Court accepted plea & adjudged deft guilty to Counts 1-6

CASE CONTINUED TO 10-20-00 TIME 10:30 FOR Sentencing

MISC Written Plea Agreement —