UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

OCT 2 0 2000

CASE NUMBER 00-6174-Cr-Zloch    DATE 10-20-00
CLERK Carlene Newby    REPORTER Carl Schenzkel
PROBATION Ed Cooley    INTERPRETER

UNITED STATES OF AMERICA v. Edward Agbonze

U. S. ATTORNEY Robin Rosenbaum    DEFT COUNSEL Samuel Smargon

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Cts 1, 2, 3, 4, 5 & 6 — 12 months custody of BOP each ct to be served concurrently
$277,318.93 Restitution — $600 assessment

JUDGMENT 5 yrs Supervised Release as to Cts 1-5; 3 yrs as to Ct 6 all to Run Concurrently with each other - Spec Conds - Submit to search of person & property

CASE CONTINUED TO ____ TIME ____ FOR ____

MISC Full-time legitimate employment - Not engage in any business w/o prior permission of Probation (see JAC); Obtain prior written approval before any self-employment See JAC for add'l Special Conditions - FPD appointed for appeal -

27