AO 245B (Rev. 8/96) Judgment in a Criminal Case.
Sheet 2 -- Imprisonment

Judgment – Page 2 of 6

DEFENDANT: EDWARD AGBONZE
CASE NUMBER: 00-6174-CR-ZLOCH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 months as to each of Counts 1, 2, 3, 4, 5 & 6 to be served concurrently with each other.

☐ The court makes the following recommendations to the Bureau of Prisons:

FILED by _____ D.C.
DEC 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ a.m./p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on __11-20-00__ to __FPC Eglin__
at __Eglin AFB FL__ with a certified copy of this judgment.

JOSE M Vazquez
UNITED STATES MARSHAL

By _____
    Deputy U.S. Marshal