PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 64288

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6174-CR-ZLOCH

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Edward Agbonze

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief U.S. District Judge

Date of Original Sentence: October 20, 2000

Original Offense:  Counts 1-5: Bank Fraud, Title 18 U.S.C. § 1344, a Class B felony  
Count 6: Access Device Fraud, Title 18 U.S.C. § 1029(a)(2), a Class C felony

Original Sentence: Twelve (12) months as to each count served concurrently followed by a five (5) year term of supervised release. Special conditions imposed include: $277,319.93 in restitution; submit to a search of person conducted by the U.S. Probation Office; maintain full-time, legitimate employment with no period of unemployment to exceed 30 days; prohibited from business that offers securities, investments or business opportunities to the public; prior written approval from the U.S. Probation Officer before entering into self-employment; shall not possess or use a computer with access to any on-line service at any location; prohibited from incurring any further debt, lines of credit or credit card charges with out obtaining permission from the U.S. Probation Officer; complete financial access to all personal finances.

Type of Supervision: Supervised Release        Date Supervision Commenced: June 13, 2001

## PETITIONING THE COURT

[ ]  To extend the term of supervision for __ years, for a total term of __ years.  
[X]  To modify the conditions of supervision as follows:

> The defendant shall pay restitution in the rate of $60.00 per month until such time as the court may alter that payment schedule in the interests of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay.

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 64288

## CAUSE

  After reviewing the defendant's approved expenses for the past six months, the U.S. Probation Office determined that an increase of $10.00 was appropriate based on the defendant's reported income. The defendant knowingly and voluntarily executed the attached waiver of hearing form to that effect. Pursuant to the Prouty decision, the court is exclusively authorized to establish payment plans, hence, this request for modification. Should Your Honor concur with this recommendation, please note accordingly.

Respectfully submitted,

by  
Albert Torres  
U.S. Probation Officer  
Phone: (954) 769-5514  
Date: June 30, 2003

THE COURT ORDERS:

[ ]  No Action  
[ ]  The Extension of Supervision as Noted Above  
[X]  The Modification of Conditions as Noted Above  
[ ]  Submit a Request for _ Warrant or _ Summons

_____  
Signature of Judicial Officer

7/16/03  
Date