PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 64288

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6174-CR-ZLOCH

**Request for Modifying the Conditions or Term of Supervision**
**with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

FILED by _____ D.C.

NOV 6 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Name of Offender: Edward Agbonze

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief Judge
U.S. District Court, Ft. Lauderdale, Florida

Date of Original Sentence: October 20, 2000

Original Offense: Counts 1-5: Bank Fraud, Title 18 U.S.C. § 1344, a Class B felony
Count 6: Access Device Fraud, Title 18 U.S.C. § 1029(a)(2) a Class C felony

Original Sentence: Twelve (12) months as to each count served concurrently followed by a five (5) year term of supervised release. Special conditions imposed include: $277,319.93 in restitution; submit to a search of person conducted by the U.S. Probation Office; maintain full-time, legitimate employment with no period of unemployment to exceed 30 days; prohibited from business that offers securities, investments or business opportunities to the public; prior written approval from the U.S. Probation Officer before entering into self-employment; shall not possess or use a computer with access to any on-line service at any location; prohibited from incurring any further debt, lines of credit or credit card charges with out obtaining permission from the U.S. Probation Officer; complete financial access to all personal finances.

Type of Supervision: Supervised Release          Date Supervision Commenced: June 13, 2001

---

## PETITIONING THE COURT

[ ]  To extend the term of supervision for __ years, for a total term of __ years.
[X]  To modify the conditions of supervision as follows:

The defendant shall perform 50 hours of community service at a location approved by the U.S. Probation Office.



PROB 12B                                                             SD/FL PACTS No. 64288
(SD/FL 9/96)

## CAUSE

1. **Violation of Special Condition**, by possessing or using a computer with access to any on-line computer service at any location, including employment, without the prior approval of the U.S. Probation Officer, including any Internet service provider, bulletin board system, or any other public or private computer network. On or about August 1, 2003 and ongoing until October 25, 2003, the defendant did have access to the Internet, as evidenced by his admission to this officer, without the prior approval of the U.S. Probation Officer.

On or about September 25, 2003, in response to a specific question regarding Internet access, the defendant admitted to having a computer with Internet access in his children's room. The defendant denied using said equipment and stated that his son required said access for schoolwork. The defendant has subsequently disconnected said computer from the Internet. He willingly executed the attached Waiver of Hearing form requesting 50 hours of community service as a sanction for said violation. This officer recommends this response as an appropriate sanction; should Your Honor concur with this recommendation, please note accordingly. Should Your Honor require a different response, please advise.

Respectfully submitted,

by

Albert Torres
U.S. Probation Officer
Phone: 954-769-5514
Date: October 31, 2003

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

11/6/03
_____
Date

PROB 49  
(3/89)

SD/FL PACTS #64288

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall perform 50 hours of community service  
at a location approved by the U.S. Probation Office.**

Witness: _____  
U.S. Probation Officer  
Albert Torres

Signed: _____  
Supervised Releasee  
Edward Agbonze

10/29/03  
Date