PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 64288

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6174-CR-ZLOCH

FILED by _____ D.C.

MAR 1 0 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Edward Agbonze

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief Judge
U.S. District Court, Ft. Lauderdale, Florida

Date of Original Sentence: October 20, 2000

Original Offense:      Counts 1-5: Bank Fraud, Title 18 U.S.C. § 1344, a Class B felony
Count 6: Access Device Fraud, Title 18 U.S.C. § 1029(a)(2) a Class C felony

Original Sentence:     Twelve (12) months as to each count served concurrently followed by a five (5) year term of supervised release. Special conditions imposed include: $277,319.93 in restitution; submit to a search of person conducted by the U.S. Probation Office; maintain full-time, legitimate employment with no period of unemployment to exceed 30 days; prohibited from business that offers securities, investments or business opportunities to the public; prior written approval from the U.S. Probation Officer before entering into self-employment; shall not possess or use a computer with access to any on-line service at any location; prohibited from incurring any further debt, lines of credit or credit card charges with out obtaining permission from the U.S. Probation Officer; complete financial access to all personal finances.

Type of Supervision: Supervised Release          Date Supervision Commenced: June 13, 2001

## PETITIONING THE COURT

[]      To extend the term of supervision for __ years, for a total term of __ years.
[X]     To modify the conditions of supervision as follows:

The defendant shall perform 25 hours of community service at a location approved by the U.S. Probation Office.



PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 64288

## CAUSE

As reported to Your Honor on September 29, 2004, the defendant was arrested and charged with Driving Under the Influence. At that time, the defendant was evaluated for dependancy using the Subtle Attributes Screening Inventory (SASSI), and was determined to be non-dependant. Your Honor concurred with this officer's recommendation at that time to defer sanction until resolution of this case. On March 1, 2005, the defendant pled guilty to a reduced charge of Reckless Driving and was sentenced to six (6) months probation with 50 hours of community service. This officer recommends that an equitable resolution to this violation would be an additional 25 hours of community service. The defendant was advised of this recommendation and willingly and voluntarily executed the attached Probation Form 49 agreeing to said modification. Should Your Honor concur with this course of action, please note accordingly.

Respectfully submitted,

by

Albert Torres
U.S. Probation Officer
Phone: 954-769-5514
Date: March 4, 2004

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

_____
Date